UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60463
Summary Calendar
_____

JAYA SUNDARA UDAYA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

_____

Petition for Review of an Order
of the Board of Immigration Appeals
(A70-629-603)
_____

April 17, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jaya Sundara Udaya petitions this court to review the
decision of the Board of Immigration Appeals (BIA) denying his
applications for asylum and withholding of deportation. Jaya
Sundara Udaya contends that he established a well-founded fear of
persecution based on his political opinion and his membership in a
particular social group, consisting of people who have attempted to
foreswear membership in the terrorist JVP party. We have reviewed

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

the record, the BIA's decision, the briefs and determine that the evidence does not compel reversal of the BIA's determination. <u>Chun v. INS</u>, 40 F.3d 76, 78 (5th Cir. 1994). There is no evidence that Udaya made his political opinions known to the JVP or that JVP attempted to persecute him <u>because</u> of his opinion. <u>Gomez-Mejia v. INS</u>, 56 F.3d 700, 701 (5th Cir. 1995). Further, there is no evidence that those members who have left the JVP have been persecuted because of the factors identified in the statute, as opposed to their breaking the JVP's rules.

Petition <u>DENIED</u>.